UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 227 BIG HORN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK N.A.; CALIFORNIA RECONVEYANCE COMPANY; AND WILLIAM F. GERRISH,<br><br>　　　　　　Defendants. | Case No. 2:13-CV-01301-APG-VCF<br><br>**ORDER STAYING CASE** |

　　　The Supreme Court of Nevada recently heard oral argument on many of the same issues presented in this case. *See Mackensie Family, LLC v. Wells Fargo Bank, N.A.*, NV Sup. Ct. Case No. 65696 (en banc); *Park v. Wells Fargo Bank*, NV Sup. Ct. Case No. 65735 (en banc); *Centeno v. Mortgage Electronic Registration Systems, Inc.*, NV Sup. Ct. Case No. 64998. Because this lawsuit involves novel issues of the proper interpretation of a Nevada statute, I will stay this case pending further guidance from the Supreme Court of Nevada.

　　　IT IS THEREFORE ORDERED that this case is STAYED until further order of the court. The parties shall notify me within 30 days of the Supreme Court of Nevada's decision in any of the above-named cases.

　　　DATED this 9th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE