**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SATICOY BAY LLC SERIES 227 BIG HORN,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>Defendants. | Case No. 2:13-cv-01301-APG-VCF<br><br>**O R D E R**<br><br>(Dkt. Nos. 32, 33, 41) |

Based on the stipulation of the parties (ECF No. 41), the plaintiff's Motion for Summary Judgment (ECF No. 32) and defendant's Motion for Summary Judgment (ECF No. 33) are withdrawn.

IT IS FURTHER ORDERED that this case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to CLOSE THIS CASE.

Dated: April 14, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE